ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEITH M. STAUB
Assistant United States Attorney
California Bar Number 137909
TIM L. LASKE
Assistant United States Attorney
California Bar Number 223395
   Federal Building, Suite 7516
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-7423/0805
    Facsimile: (213) 894-7819
email: Keith.Staub@usdoj.gov; Tim.Laske@usdoj.gov

Attorneys for Defendant Michael B. Donley, Secretary of the Air Force

JS - 6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ANGEL TORRES,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL B. DONLEY, Secretary of the Air Force<br><br>    Defendant. | No. CV 10-6020 RGK (FFMx)<br><br><br><br><br><br><br><br>Hon. R. Gary Klausner |

**(~~PROPOSED~~) ORDER TO DISMISS COMPLAINT**

Order to Dismiss.wpd

|   |   |
|---|---|
| 1 | The Court having received and reviewed the parties Stipulation to Dismiss |
| 2 | the complaint, orders that plaintiff's entire complaint is dismissed with prejudice. |
| 3 | All parties will bear their own costs and fees. This dismissal does not effect |
| 4 | plaintiff's pending administrative complaint of discrimination concerning the issue |
| 5 | of not receiving a time off award on or about June 7, 2009 – Agency Number |
| 6 | **9D1S09028**. |

DATED: May 17, 2011  _____
HON. R. GARY KLAUSNER
District Court Judge